**IN THE UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF TEXAS**

**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **FUNDAMENTAL SPORTS** | § | |
| **MANAGEMENT, LLC, ET AL** | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| **V.** | § | **SA-20-CA-774-FB** |
| | § | |
| **MAYAR ZOKAEI** | § | |
| **Defendants.** | § | |

**<u>MAYAR ZOKAEI ANSWER TO PLAINTIFFS' COMPLAINT (DOC 1)</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

Mayar Zokaei, files this answer to Plaintiffs' (Fundamental Sports Management, LLC, Rahul Patel, Grant Gaines, ROE-BRG Investments, LLC and Nicholas Lahood) complaint (Document 1) and admits, denies or quantifies each corresponding paragraph. This answer is done subject to and without waiving Mayar Zokaei's suit for damages that has been consolidated into this action by order of this court and was filed in Texas State Court on June 29, 2020 and thereafter removed by Plaintiffs in Federal Cause number **SA-20-CA-775**:

**ANSWER**

1. Zokaei does not have sufficient information to admit or deny the allegations in Plaintiffs' Complaint paragraph 1.

2. Zokaei does not have sufficient information to admit or deny the allegations in Plaintiffs' Complaint paragraph 2.

3.  Zokaei does not have sufficient information to admit or deny the allegations in Plaintiffs' Complaint paragraph 3.

4.  Zokaei does not have sufficient information to admit or deny the allegations in Plaintiffs' Complaint paragraph 4.

5.  Zokaei does not have sufficient information to admit or deny the allegations in Plaintiffs' Complaint paragraph 5.

6.  Zokaei admits the allegations in Plaintiffs' Complaint paragraph 6.

7.  Zokaei admits the allegations in Plaintiffs' Complaint paragraph 7.

8.  Zokaei admits the allegations in Plaintiffs' Complaint paragraph 8.

9.  Zokaei denies the allegations in Plaintiffs' Complaint paragraph 9. Specifically, that he made false representations and failed to disclose material information.

10. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 10. Specifically, that he made false representations and failed to disclose material information.

11. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 11. Specifically, that he made false representations and failed to disclose material information.

12. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 12. Specifically, that he made false representations and failed to disclose material information.  He does admit the authenticity of Exhibit A reference in the Plaintiffs' Complaint.

13. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 13. Specifically, that he made false representations and failed to disclose material information.

14. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 14. Specifically, that he made false representations and failed to disclose material information.  He does not agree that he assented to Exhibit B referenced in Plaintiffs' Complaint or the allegations made in

*Page 2 of 7*

paragraph 14 regarding the Exhibit B.   He does admit the authenticity of Exhibit C reference in the Plaintiffs' Complaint.

15. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 15.

16. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 16. Specifically, that he made false representations and failed to disclose material information.

17. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 17. Specifically, that he made false representations and failed to disclose material information.  He does admit the authenticity of Exhibit D reference in the Plaintiffs' Complaint.

18. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 18.

19. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 19.

20. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 20.

21. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 21.

22. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 22.

23. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 23.

24. Zokaei does not have sufficient information to admit or deny the allegations in Plaintiffs' Complaint paragraph 24.

25. Zokaei admits the allegations in Plaintiffs' Complaint paragraph 25.

26. Zokaei denies the allegations in Plaintiffs' Complaint paragraph 26.

27. Plaintiffs' paragraph 27 repeats previous allegations, therefore, Zokaei denies the allegations in Plaintiffs' Complaint paragraph 27.

28. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 28.

29. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in

Paragraph 29.

30. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 30.

31. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 31.

32. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 32, specifically that FSM fits the statutory definition of consumer under Tex. Bus. & Com. Code 17.

33. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 33.

34. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 34.

35. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 35.

36. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 36.

37. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 37.

38. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 38.

39. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 39.

40. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in

Paragraph 40.

41. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 41.

42. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 42.

43. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 43.

44. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 44.

45. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 45.

46. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 46.

47. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 47.

48. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 48.

49. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 49.

50. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 50

51. Zokaei admits the allegations in Paragraph 51.

52. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in

Paragraph 52.

53. Zokaei denies the allegations and that Plaintiffs are entitled to the relief requested in Paragraph 53.

54. Zokaei admits that Plaintiffs have demanded trial by jury in Paragraph 54.

SPECIFIC PLEA AS TO PLAINTIFFS REQUEST FOR ATTORNEY FEES

55. Zokaei pleas that Plaintiffs are not entitled to attorney fees unless they comply with the requirements of the statutory requirements under the Texas Uniform Trade Secrets Act, Computer Fraud and Abuse Act, and Texas Deceptive Trade Practices Act.   Namely these statutes and common law of Texas only allows the prevailing party to recover fees with proper proof.

AFFIRMATIIVE DEFENSES

56. Zokaei affirmatively pleads that there is a lack of privity between the individual Plaintiffs and himself to render him liability for any alleged breach of contract.

57. Zokaei pleads that Plaintiffs' complaint is in frivolous under common law and in violation of Tex. Civ. Prac. & Rem. Code Section 10.001 et seq.

58. Zokaei also pleads the common law defense of privilege to any alleged cause of action for contractual or tortious interference.

59. Zokaie also asserts the Limited Liability Corporations are not entitled recover attorney fees against him under Tex. Civ. Prac. & Rem Code Section 38 et seq.

Mayar Zokaei prays that this court and jury deny Plaintiffs request for recovery, that he be granted judgment in his favor for all causes of actions asserted herein, attorney fees, court costs and for any other relief to which he may be entitled.

Respectfully submitted,

**HIGDON LAWYERS**

/s/ Paul A. Higdon
**PAUL A. HIGDON**
SBN: 09590700
John D. Murphy (Lead)
4900 Fournace, Suite 460
Bellaire, Texas 77401
713/223-7300-Telephone
713/223-7331 Facsimile
staff@higdonlawyers.com
john@higdonlawyers.com


**THE HADI LAW FIRM, PLLC**

By: Husein Hadi
Texas Bar No. 24067641
Jamil Thomas
Texas Bar No. 24066914
Carnegie H. Mims, III
Texas Bar No. 24046448
Sedrick Stagg
Texas Bar No. 24102815
7100 Regency Square Boulevard, Suite 140
 Houston, Texas 77036
Tel: (832) 433-7977
Fax: (855) 423-4529
 litigation@thehadilawfirm.com


**ATTORNEY FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

This Pleading was sent to all counsel of record by efile on September 18, 2020.

/s/Paul Higdon