IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MAYAR ZOKAEI, § | | |
| *Plaintiff,* § | | |
| § | CIVIL ACTION NO. 5:20-CV-00774-FB | |
| § | (Lead Case) | |
| v. § | | |
| § | | |
| FUNDAMENTAL SPORTS § | (Consolidated With 5:20-CV-00775-FB) | |
| MANAGEMENT, LLC; ROE- § | | |
| BRG INVESTMENTS, LLC; § | | |
| RAHUL PATEL; GRANT § | | |
| GAINES; AND NICOLAS § | | |
| LAHOOD, § | | |
| *Defendants.* § | JURY TRIAL DEMANDED | |

## Plaintiff's Designation of Lead Counsel

TO THE HONORABLE JUDGE OF SAID COURT:

Husein Hadi (contact information below) designates himself and his firm as lead counsel in this matter along with Higdon Lawyers. Please include Husein Hadi in all correspondences in this matter. Husein Hadi's designated email address is litigation@thehadilawfirm.com.

Respectfully submitted,

THE HADI LAW FIRM PLLC

By: _____
Husein Hadi
Texas Bar No. 24067641
Federal Bar No. 3158414
7100 Regency Square Boulevard, Suite 140
Houston, Texas 77036
Telephone: (832) 433-7977
Facsimile: (855) 423-4529

                                  litigation@thehadilawfirm.com
                                          **Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

     I hereby certify that on February 2, 2021**,** a copy of the foregoing instrument was served all counsel of record via the Court's ECF system.

                                            _____
                                            Husein Hadi