IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| FUNDAMENTAL SPORTS MANAGEMENT, LLC; RAHUL PATEL; GRANT GAINES; NICOLAS LaHOOD; and ROE-BRG INVESTMENTS, LLC, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) |
| MAYAR ZOKAEI, | ) ) ) |
| Defendant. | ) |

CIVIL ACTION NO. SA-20-CA-774-FB

### ORDER GRANTING PLAINTIFFS' MOTION TO REINSTATE

Before the Court is Plaintiffs' Motion to Reinstate (docket no. 41) this case on the Court's active litigation docket. Defendant did not file a response in opposition thereto. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion to Reinstate (docket no. 41) is GRANTED such that the Order of Dismissal Without Prejudice and Judgment (docket no. 40) is WITHDRAWN and this case is REOPENED and placed back on the Court's active litigation docket.

It is so ORDERED.

SIGNED this 24th day of February, 2022

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE