IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FUNDAMENTAL SPORTS MANAGEMENT, LLC; RAHUL PATEL; GRANT GAINES; NICOLAS LaHOOD; and ROE-BRG INVESTMENTS, LLC, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| V. | ) ) ) | CIVIL ACTION NO. SA-20-CA-774-FB (LEAD CASE) |
| MAYAR ZOKAEI, | ) ) ) | |
| Defendant. | ) | |

and

| | | |
|---|---|---|
| MAYAR ZOKAEI, | ) ) | |
| Plaintiff, | ) ) | |
| V. | ) ) | CIVIL ACTION NO. SA-20-CA-775-FB |
| FUNDAMENTAL SPORTS MANAGEMENT, LLC; RAHUL PATEL; GRANT GAINES; NICOLAS LaHOOD; and ROE-BRG INVESTMENTS, LLC, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER OF CONSOLIDATION**

Before the Court is the status of the above styled and numbered causes. After careful consideration, and in accordance with the previous Order of Consolidation (docket no. 6) entered in these cases on August 19, 2020, the Court is of the opinion that consolidation is proper because the suits involve the same parties, common questions of law and fact, and it will promote judicial economy and convenience

while also minimizing fees and expenses to consolidate these civil actions into a single case under cause number SA-20-CA-774-FB.

    IT IS THEREFORE ORDERED that the Clerk of Court is directed to consolidate SA-20-CA-774-FB and SA-20-CA-775-FB, with all documents to be filed from this date forward in the lead case of SA-20-CA-774-FB.

    It is so ORDERED.

    SIGNED this 24th day of February, 2022.

    _____
    FRED BIERY
    UNITED STATES DISTRICT JUDGE