IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| FUNDAMENTAL SPORTS MANAGEMENT, LLC, RAHUL PATEL, GRANT GAINES, NICOLAS LAHOOD, ROE-BRG INVESTMENTS, LLC, | § § § § § | 5-20-CV-00774-RBF (CONSOLIDATED WITH 5-20-CV-775) |
| *Plaintiffs*, | § § | |
| vs. | § § | |
| MAYAR ZOKAEI, | § § | |
| *Defendant*. | § § | |

## ORDER

Before the Court is the status of the above-referenced case which was reassigned for disposition following the parties consent to U.S. Magistrate jurisdiction. *See* Dkt. Nos. 46 & 47; 28 U.S.C. § 636(c). **IT IS ORDERED THAT** all deadlines in this case are hereby **VACATED**, and this case is set for a status conference on **March 14, 2022 at 9:30 am**. The hearing will be held by video conference using the Zoom video platform. As the date for the hearing approaches, the Court will send, by separate communication, instructions for participating in the video conference. The Court anticipates setting new trial and pretrial deadlines after conferring with the parties.

**IT IS SO ORDERED**.

SIGNED this 4th day of March, 2022.

RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE