**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION**

| | |
|---|---|
| FUNDAMENTAL SPORTS MANAGEMENT, LLC; RAHUL PATEL; GRANT GAINES; ROE-BRG INVESTMENTS, LLC; AND NICOLAS LAHOOD, § § § § PLAINTIFFS, § § v. § § MAYAR ZOKAEI, § § DEFENDANT. § | CIVIL ACTION NO. 5:20-CV-00774-FB (LEAD CASE) (JURY TRIAL DEMANDED) (CONSOLIDATED WITH 5:20-CV-00775-FB) |

**STIPULATION OF DISMISSAL OF CERTAIN PARTIES**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties in the lead case and the consolidated case jointly stipulate to the dismissal of: (1) Plaintiffs Grant Gaines' and Nicolas Lahood's actions (and all claims, causes of action, and requests for relief) against Defendant Mayar Zokaei in the lead case; and (2) Plaintiff Mayar Zokaei's actions (and all claims, causes of action, and requests for relief) against Defendants Grant Gaines and Nicolas Lahood in the consolidated case.

Pursuant to this joint stipulation, Grant Gaines and Nicolas Lahood are no longer parties in either the lead case or the consolidated case, and no relief shall be awarded in favor or against Grant Gaines or Nicolas Lahood.

Respectfully submitted,

| | |
|---|---|
| */s/ Lance H. "Luke" Beshara* | 05/03/2022 |
| Lance H. "Luke" Beshara | Date |

Texas Bar No. 24045492
**PATEL GAINES, PLLC**
2030 N. Loop 1604 W, Suite 200
San Antonio, Texas 78248
(210) 460-7787 (Telephone)
(210) 460-7797 (Facsimile)
lbeshara@patelgaines.com
**ATTORNEYS FOR PLAINTIFFS IN LEAD CASE/DEFENDANTS IN CONSOLIDATED CASE**

| | |
|---|---|
| */s/ John D. Murphy* | 05/03/2022 |
| John D. Murphy | Date |

Texas Bar No. 14701475
**HIGDON LAWYERS**
4900 Fournace, Suite 460
Bellaire, Texas 77401
(713) 223-7300 (Telephone)
(713) 223-7331 (Facsimile)
john@higdonlawyers.com
**ATTORNEYS FOR DEFENDANT IN LEAD CASE/PLAINTIFF IN CONSOLIDATED CASE**

### CERTIFICATE OF SERVICE

I hereby certify that on the date this document was filed with the Clerk of the Court, a true and correct copy was transmitted in accordance with the requirements of the Federal Rules of Civil Procedure, addressed as follows:

***Via ECF Service***:
John D. Murphy
Husein Hadi

                                                */s/ Lance H. "Luke" Beshara*
                                                Lance H. "Luke" Beshara