**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **FUNDAMENTAL SPORTS MANAGEMENT, LLC; GRANT GAINES; ROE-BRG INVESTMENTS, LLC; and NICHOLAS LAHOOD** | § § § § § | |
| *Plaintiffs*, | § § § | |
| V. | § § § § | **CIVIL ACTION NO. 5:20-CV-00774** |
| **MAYAR ZOKAEI** | § § | **JURY TRIAL DEMANDED** |
| *Defendant*. | § § § § | |

## ENTRY OF APPEARANCE

Defendant Mayar Zokaei, hereby provide notice that undersigned attorney is appearing on his behalf. The attorneys contact information is listed below:

Attorney for Plaintiff
Ahson Wali
Wali Law PLLC
2323 S. Voss Road, Suite 270
Houston, TX 77057
Ph: (832) 968-8686
Fax: (832) 968-8686
Email: aw@walilaw.com
Tx Bar No: 24106815
SD#3392408

Attorney Ahson Wali appears and desires to be noticed and receive service on all filing *via* CM/ECF.

1

Respectfully submitted,

**WALI LAW PLLC**

By: _____

*Attorney for Defendant*
Ahson Wali
Wali Law PLLC
2323 S. Voss Road, Suite 270
Houston, TX 77057
Ph: (832) 968-8686
Fax: (832) 968-8686
Email: aw@walilaw.com
Tx Bar No: 24106815
Southern District No. 3392408
**The Hadi Law Firm**
Husein Hadi
Texas Bar No 24067641
Federal Bar No. 1626617
7100 Regency Square Blvd, Suite 140
Houston, Texas 77036
Tel. (832) 433-7977
Fax. (855) 423-4529
litigation@thehadilawfirm.com
*Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing is being served on the following counsels of record, Via CM/ECF in accordance with Rule 5(b)(2)(E) Federal Rules of Civil Procedure on this 7th day of November 2022:

*<u>Via CM/ECF</u>*

**PATEL GAINES, PLLC**
Lance "Luke" H. Beshara
221 West Exchange Avenue, Suite 306
Fort Worth, Texas 76164
www.patelgaines.com
(817) 394-4844 | Telephone
(817) 394-4344 | Facsimile
Texas State Bar No. 24045492
lbeshara@patelgaines.com

By: _____
*Attorney for Defendant*